Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Clockwork Inc. and Brian Werderman*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BILL MACE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLOCKWORK, INC.; and BRIAN WERDERMAN,<br><br>　　　　　Defendants. | Case No.: 2:12-CV-01405-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, Bill Mace, and Defendants, Clockwork, Inc. and Brian Werderman (collectively "Defendants"), by and through their respective counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated this 26 day of September, 2013.

PITEGOFF LAW OFFICE

/s/ _____
Jeffrey I. Pitegoff
415 South 6th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702.333.1936

*Attorney for Plaintiff*

Dated this 26th day of September, 2013.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ _____
Anthony L. Martin
Brian L. Bradford
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

*Attorneys for Defendants Clockwork, Inc. and Brian Werderman*

**ORDER**          2:12-cv-1405-APG-PAL

**IT IS SO ORDERED.**

Dated this 26 day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

2